# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 13, 2017

**Before**

DIANE P. WOOD, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 16-1693

| | |
|---|---|
| SHERRY ANICICH,<br>*Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 14 C 7125 |
| HOME DEPOT U.S.A., INC., et al.,<br>*Defendants-Appellees*. | **Jorge L. Alonso**,<br>*Judge*. |

**O R D E R**

The court hereby AMENDS footnote 4 on page 9 of the slip opinion issued on March 24, 2017, to read as follows:

[4] Home Depot asserts in its brief that Illinois businesses employ "thousands" of such people. We hope this insult to the character of Illinois workers and to the judgment of their managers was just an ill-advised exaggeration. For its part, Grand frames the case in terms of whether it had an obligation to control Alisha's behavior. This offensive assumption that the victim's behavior was the problem is at best flatly contrary to the Rule 12(b)(6) standard.